JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:           541-593-4452
Email:         jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN S. STILES, ) | Case No.  2:24-CV-02319-CSK |
| ) | |
| Plaintiff ) | **STIPULATION AND ~~PROPOSED~~** |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v. ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| ) | |
| MARTIN O'MALLEY, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 45 Days to March 13, 2025, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension.  It is requested as Plaintiff's counsel has had some ongoing health issues which she is attempting to address as well as a recent infection which necessitated a root canal.   Thus, she has fallen behind in her work and requires additional time to catch up.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: January 21, 2025               JACQUELINE A. FORSLUND
                                     Attorney at Law


                                     */s/Jacqueline A. Forslund*
                                     JACQUELINE A. FORSLUND

                                     Attorney for Plaintiff


Date:  January 21, 2025              PHILLIP A. TALBERT
                                     United States Attorney
                                     MATHEW W. PILE
                                     Associate General Counsel
                                     Office of Program Litigation, Office 7

                                     */s/ Justin L. Martin*
                                     JUSTIN L. MARTIN
                                     Special Assistant United States Attorney
                                     *By email authorization

                                     Attorney for Defendant


### ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Plaintiff Darren S. Stiles shall have an additional forty-five (45) days, until March 13, 2025, to file his Opening Brief.

Dated:  January 22, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, stil.2319.24

**Stiles v. O'Malley**          Stipulation and ~~Proposed~~ Order          E.D. Cal. 2:24-cv-02319-CSK