FORSLUND LAW, LLC
Jacqueline A. Forslund # 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:          541-593-4452
Email:        jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN S. STILES,<br><br>    Plaintiff<br><br>v.<br><br>LELAND DUDEK[1],<br>Acting Commissioner of Social Security,<br><br>    Defendant | Case No.  2:24-CV-02319-CSK<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to April 12, 2025, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's third request for an extension.  It is requested due to the fact that Plaintiff's counsel is in extreme pain in her lower spine, hips, and legs as her previous epidural injections have worn off.  She is waiting for insurance authorization for additional injections to alleviate her pain to the point where she can work again.

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**Stiles v Dudek**          **Stipulation and Proposed Order**          **E.D. Cal. 2:24-cv-02319-CSK**

|   |   |
|---|---|
|   | Respectfully submitted, |
| Date:  March 11, 2025 | JACQUELINE A. FORSLUND<br>Attorney at Law |
|   | */s/Jacqueline A. Forslund*<br>JACQUELINE A. FORSLUND<br>Attorney for Plaintiff |
| Date:  March 11, 2025 | MICHELLE BECKWITH<br>Acting United States Attorney<br>MATHEW W. PILE<br>Associate General Counsel<br>Social Security Administration |
|   | */s/Justin L. Martin*<br>JUSTIN L. MARTIN<br>Special Assistant United States Attorney<br>*By email authorization<br>Attorney for Defendant |

ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Plaintiff Darren S. Stiles shall have an additional thirty (30) days, until April 14, 2025, to file his Opening Brief.

DATED:  __March 12, 2025__                          _____
                                                                                       CHI SOO KIM
                                                                                       UNITED STATES MAGISTRATE JUDGE

5, stil.2319.24