1  MICHELE BECKWITH
   Acting United States Attorney
2  MATHEW W. PILE, WASBN 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Social Security Administration
4  DAVID PRIDDY, ILSBN 6313767
5  Special Assistant United States Attorney
        6401 Security Boulevard
6       Baltimore, Maryland 21235
        Telephone: (510) 970-4801
7       E-Mail: David.Priddy@ssa.gov
8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

12  DARREN S. STILES,                    )  Case No.: 2:24-cv-02319-CSK
                                         )
13          Plaintiff,                   )  STIPULATION AND [PROPOSED] ORDER
                                         )  FOR AN EXTENSION OF TIME
14      vs.                              )
                                         )
15                                       )
    COMMISSIONER OF SOCIAL SECURITY,     )
16                                       )
                                         )
17          Defendant.                   )

18

19      Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the

20  parties, through their respective counsel of record, that the time for Defendant to respond to

21  Plaintiff's Motion for Summary Judgment be extended thirty (30) days from May 21, 2025, up to

22  and including June 20, 2025.  This is Defendant's first request for an extension.

23      Defendant requests this extension because counsel is currently in the process of

24  determining whether a settlement agreement is possible in this case.  Additional time is required

25  for Defendant's undersigned counsel and specialized attorneys within the undersigned's office to

26  consider this option.  If the case cannot be settled, then Defendant's counsel will proceed with

27  filing Defendant's response to Plaintiff's Motion for Summary Judgment by the new due date of

28  June 20, 2025.

1    The parties further stipulate that the Court's Scheduling Order shall be modified

2    accordingly.

3                                              Respectfully submitted,

4    Dated:  May 19, 2025                 /s/  *Jacqueline Forslund* *

5                                         (*as authorized via e-mail on May 19, 2025)
                                          JACQUELINE FORSLUND
6                                         Attorney for Plaintiff

7    Dated: May 19, 2025                  MICHELE BECKWITH
                                          Acting United States Attorney
8                                         MATHEW W. PILE
                                          Associate General Counsel
9                                         Social Security Administration
10

11                              By:       /s/  *David Priddy*
                                          DAVID PRIDDY
12                                        Special Assistant U.S. Attorney

13                                        Attorneys for Defendant

14

15                                  **ORDER**

16        Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an

17   extension, up to and including June 20, 2025, to respond to Plaintiff's Motion for Summary

18   Judgment.

19

20   DATED:  May 20, 2025

21                                        HON. CHI SOO KIM
                                          UNITED STATES MAGISTRATE JUDGE

     5, stil.2319.24
22

23

24

25

26

27

28